IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

NORMAN RILEY                                              PLAINTIFF

v.                         CIVIL ACTION NO. 5:18-cv-130-DCB-MTP

ACTING COMMISSIONER OF SOCIAL SECURITY,

Nancy A. Berryhill                                        DEFENDANT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

    This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 19], to which no objections were filed by the Plaintiff. Having carefully reviewed same, the Court finds that the Commissioner of Social Security's final decision denying the Plaintiff's application for continuation of disability insurance benefits shall be affirmed. Therefore, the Court adopts the Report and Recommendation, and shall dismiss this action with prejudice.

    Accordingly,

    IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 19] is ADOPTED as the findings and conclusions of this Court and the Defendant's Motion to Affirm the Decision of the Commissioner [ECF No. 16] is GRANTED;

    IT IS FURTHER ORDERED that the action be dismissed with prejudice.

A final judgment dismissing the action will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED this the 27th day of February, 2020.

__/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE